# United States Court of Appeals
## For the First Circuit

No. 04-2589

MIGUELINA PEGUERO-MORONTA,
Plaintiff,

MARIBEL NEGRÓN-ALMEDA, ET AL.,
Plaintiffs, Appellants,

v.

CARLOS GABRIEL SANTIAGO, ET AL.,
Defendants, Appellees,

VILMA JIMÉNEZ,
Defendant.

ERRATA

The opinion of this court, issued September 20, 2006, should be amended as follows:

On page 27, line 17, replace "3." with "2."

On page 31, line 1, replace "2." with "3."